**Jennifer K. HARBURY, on her own behalf and as administratrix of the Estate of Efrain Bamaca–Velasquez, Appellant,**

v.

**John M. DEUTCH, Director, Central Intelligence Agency (CIA), et al., Appellees.**

No. 99–5307.

United States Court of Appeals, Federal Circuit.

Aug. 19, 2002.

Before GINSBURG, Chief Judge, and EDWARDS, and TATEL, Circuit Judges.

**3.** Arguably the form's reference to "offenses," as read in the context of sections a-e of ques-

*JUDGMENT*

PER CURIAM.

It is, ORDERED and ADJUDGED that the judgment of the District Court appealed from in this cause is hereby affirmed and the case remanded for further proceedings.

The Clerk is directed to issue the mandate forthwith.